1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAR 0 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE  APPLICATION          2:15-SW-474; 2:15-SW-475; 2:15-SW-476
    OF THE UNITED STATES OF AMERICA
    FOR SEARCH WARRANTS CONCERNING:           [PROPOSED] ORDER TO UNSEAL SEARCH
12                                            WARRANTS AND SEARCH WARRANT
    ONE 2009 WHITE GMC CANYON PICK-UP         AFFIDAVITS
13  TRUCK WITH UTAH LICENSE PLATE
    X734LF, WITH REGISTERED OWNER
14  JEREZ NATIVIDAD, OF 4735 WEST 3500
    SOUTH, WEST VALLEY, UTAH; 2616 EAST
15  8TH STREET, STOCKTON, CALIFORNIA;
    AND ONE SAMSUNG CELL PHONE
16  MODEL SPH-M390 DEC. 208 435 402 405
    563 564, ONE KYOCERA FLIP PHONE
17  BLACK MODEL S2151 DEC. 268 435 462
    503 257 368, AND ONE KYOCERA FLIP
18  PHONE BLACK MODEL S2151 DEC 268 435
    462 503 323 383, CURRENTLY LOCATED
19  AT 4500 ORANGE GROVE AVENUE,
    SACRAMENTO, CA IN THE FBI'S
20  EVIDENCE LOCKER

21          Upon application of the United States of America and good cause having been shown,

22          IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

23  ordered unsealed.

24

25  Dated:  ___3/2/17___                    _____
                                            The Honorable Allison Claire
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS